IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 13 |
| | ) | |
| LAMIAH CLAYTON, | ) | Case No.: 18-00727 |
| | ) | |
| Debtor. | ) | Hon. Judge GOLDGAR |
| | ) | |

## NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Chapter 13 Trustee: courtdocs@chi13.com

*To the following persons or entities who have been served via U.S. Mail:*
See attached list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead at 219 S. Dearborn Street, Chicago, IL 60604, and in the following courtroom (or any other place posted), and present the attached **Motion to Modify Chapter 13 Plan,** at which time and place you may appear.

JUDGE:   GOLDGAR
ROOM:    642
DATE:    May 21, 2019
TIME:    10:30 AM

## PROOF OF SERVICE

The undersigned certifies that copies of this Notice and attachments were served to the listed persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, on or before April 29, 2019, at 5:30 p.m., with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

DATE OF SERVICE: <u>April 29, 2019</u>     /s/ Robert C. Bansfield Jr.
                                            Robert C. Bansfield Jr., A.R.D.C. #6329415

Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
(847) 520-8100

*To the following persons or entities who have been served via U.S. Mail*:

Lamiah Clayton
327 E. 89th St.
Chicago, IL 60619

City of Chicago Department of Finance
c/o Arnold Scott Harris, P.C.
111 W. Jackson Blvd Ste. 600
Chicago, IL 60604

U.S. Department of Education C/O Nelnet
121 South 13th Steet, Suite 201
Lincoln, NE 68508

SpeedyRapid Cash
PO BOX 780408
Wichita, KS 67278

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 18-00727 |
| | ) | |
| **LAMIAH CLAYTON,** | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Judge: GOLDGAR |

## MOTION TO MODIFY CHAPTER 13 PLAN

NOW COMES the Debtor, **LAMIAH CLAYTON**, by and through her attorneys, David M. Siegel & Assoc., LLC, to present this Motion, and in support thereof states as follows:

1) This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois Eastern Division.

2) Debtor filed a petition for relief under Chapter 13 of Title 11 USC on January 10, 2018.

3) The current plan requires payments of $125.00, per month with General Unsecured Creditors receiving not less than 10% of allowed claims.

4) Debtor lost her job back in 2018 and was subsequently hired for a new job.

5) An amended payroll control order was filed on December 10, 2018, docket number 42.

6) The order was never entered by the court clerk and therefore never sent to Debtor's new employer.

7) Debtor seeks to modify her plan under 11 U.S.C. § 1329 and defer the current default in plan payments to the end of the plan.

8) The plan will complete within 60 months if the Debtor's motion is granted and unsecured creditors will still receive no less than 10% of their allowed claims.

9) Debtor requests the above relief without any intent to defraud her creditors.

WHEREFORE, the Debtor, LAMIAH CLAYTON, prays that this Honorable Court enter an Order to Modify the Chapter 13 Plan and for other such relief as the Court deems fair and proper.

                Respectfully Submitted,

                /s/ Robert C. Bansfield Jr.
                Robert C. Bansfield Jr., A.R.D.C. #6329415
                Attorney for the Debtor

David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100